BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2720
Facsimile:  (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. M., a minor by and through his guardian ad litem, TIMOTHY MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; CHRISTOPHER LOUISELL, M.D.; MORGAN GAURA, P.A.; MERCY MEDICAL CENTER REDDING dba DIGNITY HEALTH; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No.  2:15-cv-01097 MCE CMK<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST THE UNITED STATES OF AMERICA FOR LACK OF JURISDICTION; ORDER**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

The parties to this action, through their respective counsel, hereby enter into the following stipulation of dismissal of plaintiff=s claims against the United States for lack of jurisdiction.

**STIPULATION**

1.	On December 16, 2014, plaintiff filed a medical malpractice complaint in Shasta County Superior Court in Shasta County Superior Court.

2.	On May 20, 2015, the United States removed the state court action to this Court.  The United States filed a Certification of Scope of Federal Employment as to defendants Shasta Community Health Center (SCHC) and Deepika Saini, M.D., and a Notice of Substitution by which the United States was substituted as proper party defendant in place of SCHC and Dr. Saini.

3.	Plaintiff did not present an administrative claim to the United States Department of

1  Health and Human Services ("HHS") prior to filing his lawsuit, as required by 28 U.S.C. § 2675(a).

2  He subsequently presented administrative claim to HHS on April 21, 2015.

3      4.    Based on the foregoing, the parties hereby stipulate that plaintiff=s claims against the United States shall be dismissed for lack of subject matter jurisdiction, and that such dismissal shall bewithout prejudice, each party to bear her or its own costs.

DATED: June 11, 2015    BENJAMIN B. WAGNER
United States Attorney

By: /s/ Lynn Trinka Ernce
LYNN TRINKA ERNCE
Assistant United States Attorney

DATED: May 28, 2015    LAW OFFICE OF STEVEN H. SCHULTZ

By: /s/ Steven H. Schultz
STEVEN H. SCHULTZ
Attorney for Plaintiff

DATED: June 11, 2015    KENNY, SNOWDEN & NORINE

By: /s/ Kelly J. Snowden
KELLY J. SNOWDEN
LINDA R. SCHAAP
Attorneys for Defendant
Dignity Health, dba Mercy Medical Center Redding

DATED: June 6, 2015    WASHINGTON & HEITHECKER

By: /s/ George E. Washington
GEORGE E. WASHINGTON
Attorneys for Defendants
Christopher Louisell, M.D. and Morgan Gaura, P.A.

## ORDER

In accordance with the foregoing stipulation, the above referenced matter is hereby dismissed, without prejudice. The Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: June 16, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT